JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| STATE FARM GENERAL INSURANCE COMPANY and STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>FCA US LLC and DOES 1-20,<br><br>Defendants. | CASE NO. 8:20-cv-01959-JLS (JDEx)<br><br>**ORDER GRANTING THE PARTIES' STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii)** |

The Court, having considered the parties' Stipulation of Voluntary Dismissal, with prejudice, hereby orders that this case is dismissed with prejudice in its entirety.

IT IS SO ORDERED.

DATE: November 03, 2020

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE